UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:25-cv-3748-TLN-SCR |
| Plaintiff, | **ORDER** |
| v. | |
| K. CAISE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed April 2, 2026, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. (ECF No. 6.) Thirty days have now passed, and Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1